**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-7642
_____

BERNARD MCFADDEN,

Plaintiff – Appellant,

v.

SIMON MAJOR, Director of SLRDC in his individual and
personal capacity; D. SCOTT COOK, Dietician of SLRDC in his
individual and personal capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken. Timothy M. Cain, District Judge.
(1:10-cv-01941-TMC)

_____

Submitted: February 16, 2012      Decided: February 23, 2012

_____

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bernard McFadden, Appellant Pro Se. James M. Davis, Jr., Joel
Steve Hughes, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Major, No. 1:10-cv-01941-TMC (D.S.C. Nov. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED